IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN AND SHIRLEY KULCHINSKY | : | CIVIL ACTION |
| | : | NO. 11-0319 |
| v. | : | |
| | : | |
| AMERIPRISE FINANCIAL | : | |

<u>ORDER</u>

AND NOW, this 13th day of July, 2011, after consideration of the motion to vacate or modify the arbitration award filed by plaintiffs Steven and Shirley Kulchinsky, defendant Ameriprise's response and plaintiffs' reply, it is ORDERED that plaintiffs' motion is DENIED. After consideration of defendant's cross motion to confirm the arbitration award and plaintiffs' response, it is ORDERED that defendant's motion is GRANTED. The arbitration award entered October 22, 2010 is CONFIRMED.

The Clerk is DIRECTED to close this case statistically.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.